UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 18-6782-DMG (JCx)** | Date | January 11, 2019 |

| | |
|---|---|
| Title | *Thrivent Financial For Lutherans v. Jeremy Williams, et al.* |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On October 25, 2018, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution ("OSC"). [Doc. # 18.] On November 9, 2018, having reviewed Plaintiff's response [Doc. # 22], the Court extended the OSC deadline to January 2, 2019. To date, the Court has not received an answer from Defendants, or an application for clerk's default from Plaintiff. Nor has the Court received any explanation from Plaintiff as to its further efforts to arrange for appointment of a proper guardian *ad litem* for Defendant M.W., a minor, and to obtain proper court approval for the minor's compromise.

The Court further extends the OSC deadline to **January 25, 2019** for the parties to file any of the above-mentioned responses. This action will be **dismissed without prejudice** for lack of prosecution if a timely and satisfactory response is not filed by that deadline.

IT IS SO ORDERED.